JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CLEVELAND,<br><br>        Plaintiff,<br><br>   v.<br><br>MOON Y. SUNG, Trustee of the Sung Trust; MEE K. SUNG, Trustee of the Sung Trust; and Does 1-10,<br><br>        Defendants. | Case No.: 2:22-cv-03388-SVW-JEM<br><br>*Hon. Stephen V. Wilson*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: May 19, 2022<br>Trial Date:   Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Eric Cleveland's action against Defendants Moon Y. Sung, Trustee of the Sung Trust, and Mee K. Sung, Trustee of the Sung Trust, is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: March 14, 2024

Hon. Stephen V. Wilson
United States District Judge